UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TINA BIANCHINI                                                                                              PLAINTIFF

V.                                                                           CIVIL ACTION NO. 3:16-CV-510-DPJ-FKB

CITY OF JACKSON, ET AL.                                                                                DEFENDANTS

ORDER

Defendant Lee Vance asks the Court to require Plaintiff Tina Bianchini to file a Rule 7(a) reply detailing her § 1983 claims against him in in his individual capacity. Vance has asserted qualified immunity, and pursuant *Schultea v. Wood*, the Court agrees that a Rule 7(a) reply is appropriate. 47 F.3d 1427 (5th Cir. 1995). Vance also seeks a stay of discovery, pending resolution of his qualified immunity defense, which is likewise granted.[1]

Defendant Vance's motions for a Rule 7(a) reply [69] and for a stay of discovery [71] are granted as unopposed. Plaintiff is directed to file a Rule 7(a) reply within thirty (30) days of this Order. Discovery is stayed for sixty (60) days to allow Vance to review the reply and file a motion raising his qualified-immunity defense. If such a motion is filed, the stay is automatically extended until resolution of that motion. If no motion is filed, the stay will be lifted.

**SO ORDERED AND ADJUDGED** this the 22nd day of September, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did not respond in opposition to the motions, and the time to do so has passed. See L.U. Civ. R. 7(b)(3)(E) ("If a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the court may grant the motion as unopposed.").